**JUDGE LEISURE**     07 CV 10726

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

BULCOM LTD.,

                    Plaintiff,

- against -

GLINGROW HOLDING LTD. and
RIAS TRADING,

                    Defendants.

------------------------------------------------------------X



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:     NONE.

Dated: November 30, 2007
       New York, NY

                                The Plaintiff,
                                BULCOM LTD.

                         By: _____
                                Charles E. Murphy  CM 2125
                                Kevin J. Lennon
                                LENNON, MURPHY & LENNON, LLC
                                The Gray Bar Building
                                420 Lexington Avenue, Suite 300
                                New York, NY 10170
                                (212) 490-6050 - phone
                                (212) 490-6070 - fax
                                cem@lenmur.com
                                kjl@lenmur.com