Wendy H. Schwartz (WS-1862)
**REED SMITH LLP**
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax (212) 521-5450
Attorneys for Defendants
Glingrow Holding Ltd. and Rias Trading.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| PAGANE MARITIME LTD. | : | <u>ECF Case</u> |
| | : | |
| Plaintiff, | : | 07 Civ. 10726 (PKL) |
| | : | |
| v. | : | |
| | : | |
| GLINGROW HOLDING LTD. and | : | |
| RIAS TRADING, | : | |
| | : | |
| Defendants. | : | |
| | : | |

------------------------------------------------------------x

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Reed Smith LLP hereby appears on behalf of Glingrow Holding Ltd. and Rias Trading in the above-captioned action and requests that all notices sent in this case, and all papers filed in this case, be served on the undersigned as follows:

Wendy H. Schwartz, Esq.
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Email: wschwartz@reedsmith.com
Phone: (212) 521-5400
Fax: (212) 521-5450

-2-

Dated: January 10, 2007

          REED SMITH LLP

          _____
          By: Wendy H. Schwartz (WHS-1862)
          Email: wschwartz@reedsmith.com
          599 Lexington Avenue
          New York, NY 10022-7650
          Telephone: 212.521.5400
          Facsimile: 212.521.5450
          *Attorneys for Defendants*
          *Glingrow Holding Ltd. and Rias Trading*