Wendy H. Schwartz (WS-1862)
**REED SMITH LLP**
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax (212) 521-5450
Attorneys for Defendants Glingrow Holding Ltd and Rias Trading
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

| | |
|---|---|
| PAGANE MARITIME LTD. | :     <u>ECF Case</u> |
|          Plaintiff, | :     07 Civ. 10726 (PKL) |
|         v. | :     <u>CORPORATE DISCLOSURE</u> |
| GLINGROW HOLDING LTD. and RIAS TRADING, | : |
|          Defendants. | : |

----------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Rias Trading

("Rias"), by and through its counsel, Reed Smith LLP, hereby states that it is not a subsidiary of

a publicly held corporation and there are no publicly held corporations that own 10% or more of

its stock.

Dated:     New York, New York
            January 10 , 2008

                             **REED SMITH LLP**

                             By:_____
                                 Wendy H. Schwartz (WS-1862)

                             599 Lexington Avenue
                             New York, New York 10022
                             Tel. (212) 521-5400
                             Fax. (212) 521-5450
                             Attorneys for Defendants