USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/08

Wendy H. Schwartz (WS-1862)
**REED SMITH LLP**
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax (212) 521-5450
Attorneys for Defendants
Glingrow Holding Ltd. and Rias Trading.

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

PAGANE MARITIME LTD.

           Plaintiff,

    v.

GLINGROW HOLDING LTD. and
RIAS TRADING,

           Defendants.

------------------------------------------------------------x

ECF Case

07 Civ. 10726 (PKL)

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that, pursuant to Rule 1.4 of the Local Rules of this Court and upon the declaration of Wendy H. Schwartz, executed January 10, 2008, Glingrow Holding Ltd. and Rias Trading (collectively, "Defendants") will move this Court, before the Honorable Peter K. Leisure, United States District Judge for the Southern Eastern District of New York, at the United States Courthouse, 500 Pearl Street, New York New York 10007, on a date and time to be determined by the Court, for an Order granting Defendants' Motion to substitute Reed Smith LLP as their attorneys of record.

Dated:   New York, New York
         January 10, 2008

REED SMITH LLP

By: _____
    Wendy H. Schwartz (WS-1862)
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450
Attorneys for Defendants

Defendants' Motion to substitute Reed Smith LLP as their attorneys of record is hereby granted.

SO ORDERED   1/29/08

_____
USDJ

-2-