

**Lennon, Murphy & Lennon, LLC**
ATTORNEYS AT LAW

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070
www.lenmur.com

Tide Mill Landing
2425 Post Rd, Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615
mail@lenmur.com

# MEMO ENDORSED

February 28, 2008

<u>Via Facsimile (212) 805-7913</u>
Honorable Peter K. Leisure
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

Re: Pagone Maritime Ltd. v. Glingrow Holding Ltd. and Rias Trading
07 Civ. 10726 (PKL)
LML ref.: 07-1306

Honorable Sir:

We are counsel for the plaintiff in the above-captioned case. We write with the consent of opposing counsel to request a one week extension of time to file a memorandum of law in opposition to defendant Rias' Motion for Reconsideration and Motion to Dismiss, both dated February 14, 2008. By way of background, Rias has moved for reconsideration of the January 30, 2008 Order by Judge Haight, the Part 1 judge, that denied Rias' Motion to Vacate Maritime Attachment. Presently, Rias is moving not only for reconsideration but also for dismissal pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). The complexity and length of Rias' submissions, *i.e.*, a seventeen page memorandum of law plus supporting declarations and exhibits, exceed those of a normal reconsideration motion. As such, a short extension of time until March 10, 2008 to file opposition papers is warranted. Rias' counsel, reading in copy, has today agreed to this briefing schedule.

We thank the Court for its indulgence.

Respectfully submitted,

Charles E. Murphy
Kevin J. Lennon

cc: <u>Via Facsimile: (212) 521-5450</u>
Wendy H. Schwartz, Esq.
Reed Smith LLP
599 Lexington Avenue
New York, NY

SO ORDERED

Peter K. Leisure
USDJ 2/29/08

Patrick F. Lennon | Charles E. Murphy | Kevin J. Lennon | Nancy J. Siegel | Anne C. LeVasseur | Coleen A. McEvoy