

Lennon,
Murphy &
Lennon, LLC
ATTORNEYS AT LAW

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070
www.lenmur.com

Tide Mill Landing
2425 Post Rd, Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615
mail@lenmur.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08

March 10, 2008

**MEMO ENDORSED**

*Via Facsimile (212) 805-7913*
Honorable Peter K. Leisure
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

Re: <u>Pagane Maritime Ltd. v. Glingrow Holding Ltd. and Rias Trading</u>
    Case No.:  07 Civ. 10726 (PKL)
    Our ref.:  07-1306

Dear Judge Leisure:

    We are counsel for the Plaintiff in the above-captioned case. We write with the consent of opposing counsel to request a three day extension of time to file a memorandum of law in opposition to Defendant Rias' pending Motion for Reconsideration / Motion to Dismiss.

    For sake of reference we attach a copy of our letter dated January, 28, 2008 that your Honor So Ordered on January 29, 2008. Currently, we are awaiting instructions from our client regarding a potential overall settlement that may moot the motion. We anticipate being instructed in the next day and thus request a further extension of time until March 13, 2008 to file opposition papers. Rias' counsel, reading below in copy, has consented to this extension to the briefing schedule. If the case is not settled we will consent to any additional time requested by Rias' counsel to draft and submit reply papers.

    We thank your Honor for consideration of this request. We are available to discuss the same at any time convenient to the Court.

Respectfully submitted,

Kevin J. Lennon

3/13/08
SO ORDERED
[signature]
USDJ

cc: *Via Facsimile: (212) 521-5450*
Wendy H. Schwartz, Esq.
Reed Smith LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022

Patrick F. Lennon | Charles E. Murphy | Kevin J. Lennon | Nancy R. Siegel | Anne C. LeVasseur | Coleen A. McEvoy